## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDSON ESNEYDER MONCADA            :
RODRIGUEZ                         :
                                  :
                                  :
            Petitioner,           :   3:26-cv-1524
                                  :   (JUDGE MARIANI)
                                  :
    v.                            :
                                  :
CRAIG LOWE, WARDEN                :
PIKE COUNTY CORRECTIONAL          :
FACILITY, *et al.*                :
                                  :
            Respondents.          :

## ORDER

**AND NOW, THIS** _____ **DAY OF JUNE 2026**, upon consideration of

Petitioner Edson Esneyder Moncada Rodriguez's *pro se* petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondents' response (Doc. 3), and for the

reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED**

**THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL IMMEDIATELY RELEASE** Petitioner Edson Esneyder

Moncada Rodriguez from the custody of the Warden of the Pike County Correctional

Facility, who has immediate physical custody of Petitioner.

3. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

declaration or affidavit pursuant to 28 U.S.C. § 1746 **no later than Tuesday June**

**23, 2026, at 5:00 P.M.** confirming that Petitioner Edson Esneyder Moncada Rodriguez has been released from custody.

4.  Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner Edson Esneyder Moncada Rodriguez pursuant to 8 U.S.C. § 1225(b), absent a compelling change in circumstances.

5.  If Respondents elect to later detain Petitioner under 8 U.S.C. § 1226(a), the Respondents must provide Petitioner with notice and an opportunity to be heard at a timely individualized bond hearing, where an Immigration Judge assesses whether he is a danger or flight risk.

6.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge